IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00323-MR-WCM

| | | |
|---|---|---|
| 5-STAR ATHLETE DEVELOPMENT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF SHELBY, NC | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Desmon Andrade. The Motion indicates that Mr. Andrade, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Deana Timberlake-Wiley, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Deana Timberlake-Wiley to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 25, 2022

W. Carleton Metcalf
United States Magistrate Judge