# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| 5-STAR ATHLETE DEVELOPMENT, LLC., | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 1:21-cv-00323-MR-WCM |
| vs. | ) | |
| CITY OF SHELBY, NORTH CAROLINA, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2022 Order.

August 5, 2022

Frank G. Johns, Clerk
United States District Court